**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Langan,              )<br>                                   )<br>          Plaintiff,        )<br>                                   )<br>     v.                           )<br>                                   )<br>Town of Cave Creek,   )<br>                                   )<br>          Defendant.    )<br>_____) | No. CV-06-0044-PHX-SMM<br><br>**ORDER** |

On November 14, 2006, a Preliminary Pretrial Conference was held in open Court pursuant to Rule 16(b) of the Federal Rules of Civil Procedure. Prior to the conference, the parties filed a Rule 26(f) Case Management Plan. (Dkt. 15.)

During the Preliminary Pretrial Conference, counsel for both parties stated that they would like to attend a settlement conference before a United States Magistrate Judge before Defendant Cave Creek is required to file a response to Plaintiff's Motion for Summary Judgment. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff and Defendant shall attend a settlement conference with Magistrate Judge Lawrence O. Anderson, at the convenience of Magistrate Judge Anderson, between November 15, 2006 and January 1, 2007. Counsel for both parties shall coordinate a mutually agreeable date and time for the settlement conference with Magistrate Judge Anderson's chambers.

**IT IS FURTHER ORDERED** that, if the case cannot be settled at the settlement conference, the Court will immediately issue an order requiring Defendant to file its response

to Plaintiff's Motion for Summary Judgment within thirty days. Following the Court's ruling on Plaintiff's Motion for Summary Judgment, an order allowing discovery to commence will be issued by the Court, if necessary.

**IT IS FURTHER ORDERED** that, if the case cannot be settled at the settlement conference, the Court will immediately issue an order requiring the parties to file a stipulation of dismissal within thirty days.

**IT IS FURTHER ORDERED** that, within ten days from the date of this Order, counsel for Plaintiff shall submit an affidavit explaining why Plaintiff failed to appear at the Rule 16 Preliminary Pretrial Conference.

DATED this 16th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge