**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Langan, an individaul, d/b/a Full Circle Bed and Breakfast,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Town of Cave Creek, an Arizona municipality,<br><br>　　　　Defendant. | No. CV-06-0044-PHX-SMM<br><br>**ORDER** |

Pursuant to Defendant Town of Cave Creek's Motion to Excuse Members of the town Council from the Settlement Conference and based upon counsel's representations of who will appear,

**IT IS ORDERED** the Town Council of the Town of Cave Creek is excused from attendance at the Settlement Conference set for December 21, 2006.

**IT IS FURTHER ORDERED** that the Town of Cave Creek's Town Manager, the Town Attorney, and a member of the Arizona Municipal Risk Retention Pool shall physically appear at the subject Settlement Conference.

DATED this 17th day of November, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge