**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jim Langan, | ) | No. CV-06-0044-PHX-SMM |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| Town of Cave Creek, | ) | |
| Defendant. | ) | |

Pending before the Court is Plaintiff's Motion for Clarification of the Order dated November 16, 2006. (Dkt. 24.)  Plaintiff contends that page two of the Court's Order of November 16, 2006 mistakenly provides, " if the case **cannot** be settled at the settlement conference, the Court will immediately issue an order requiring the parties to file a stipulation of dismissal within thirty days." (Id., emphasis added.)  Plaintiff's Motion for Clarification is well-taken.  The Court's Order dated November 16, 2006 contains a minor typographical error.  As Plaintiff notes, the Court's Order should have provided that "if the case **is** settled at the settlement conference, the Court will immediately issue an order requiring the parties to file a stipulation of dismissal within thirty days." (Id., emphasis added.)  Accordingly,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for Clarification of the Order dated November 16, 2006.  (Dkt. 24.)

**IT IS FURTHER ORDERED** that the first full paragraph appearing on page 2, lines 4 through 6, of this Court's Order dated November 16, 2006 (dkt. 20) is hereby amended to

1  provide: "**IT IS FURTHER ORDERED** that, if the case is settled at the settlement
2  conference, the Court will immediately issue an order requiring the parties to file a
3  stipulation of dismissal within thirty days." With the exception of this amendment, the
4  Court's Order dated November 16, 2006 shall remain unchanged.

DATED this 27th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge