**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Langan, ) | No. CV-06-0044-PHX-SMM |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Town of Cave Creek, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On November 14, 2006, a Preliminary Pretrial Conference was held in open Court pursuant to Rule 16(b) of the Federal Rules of Civil Procedure. During the Preliminary Pretrial Conference, at the request of counsel for both parties, the Court issued an order scheduling a settlement conference before United States Magistrate Judge Lawrence O. Anderson on December 21, 2006. (Dkt. 20.) The Court has been informed by Judge Anderson that the case was not settled. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Town of Cave Creek shall file its response to Plaintiff's Motion for Summary Judgment no later than Monday, January 22, 2007.

DATED this 22nd day of December, 2006.

Stephen M. McNamee
United States District Judge