**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Langan, an individual, d/b/a/ Full Circle Bed and Breakfast,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Town of Cave Creek, an Arizona municipality,<br><br>　　　　Defendant. | **CV 06-0044-PHX-SMM**<br><br>**ORDER** |

Pending before the Court is the Joint Stipulation For an Extension of Time to File a Response to the Motion for Summary Judgment. (Dkt. 33.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Stipulation For an Extension of Time to File a Response to the Motion for Summary Judgment. (Dkt. 33.)

**IT IS FURTHER ORDERED** that Defendant Town of Cave Creek shall file its Response to Plaintiff's Motion for Summary Judgment no later than January 25, 2007.

DATED this 23rd day of January, 2007.

Stephen M. McNamee
United States District Judge