**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jim Langan,            ) | No. CV-06-0044-PHX-SMM |
|             Plaintiff, ) | |
|       v.              ) | **ORDER** |
| Town of Cave Creek,    ) | |
|             Defendant. ) | |

Pending before the Court is the parties' Stipulation to Extend Discovery Deadlines. (Dkt. 39.) Currently pending in the present case is Plaintiff's motion for summary judgment and Defendant's cross-motion for summary judgment. See dkts. 16, 35. The parties request the current Rule 16 Scheduling Order (dkt. 30) "be stayed" until the Court issues a ruling on both motions for summary judgment. Although the Court disagrees with the parties that the Scheduling Order should "be stayed," it will grant the requested discovery extensions and, in addition, continue the dispositive motions and final pretrial conference dates. Accordingly,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Extend Discovery Deadlines. (Dkt. 39.)

**IT IS FURTHER ORDERED VACATING THE DEADLINES** set forth in the Rule 16 Scheduling Order issued on December 22, 2006. See Dkt. 30.

1  **IT IS FURTHER ORDERED** that disclosure of Plaintiff's Federal Rules of
2  Evidence 701, 702, 703, and 705 witnesses are due 30 days after this Court's decision on
3  both pending motions for summary judgment.

4  **IT IS FURTHER ORDERED** that disclosure of Defendant's Federal Rules of
5  Evidence 701, 702, 703, and 705 witnesses are due 60 days after this Court's decision on
6  both pending motions for summary judgment.

7  **IT IS FURTHER ORDERED** that disclosure of any rebuttal expert witnesses are
8  due 90 days after this Court's decision on both pending motions for summary judgment.

9  **IT IS FURTHER ORDERED** that all discovery responses are due no later than 110
10 days after this Court's decision on both pending motions for summary judgment.

11 **IT IS FURTHER ORDERED** that all dispositive motions shall be filed no later than
12 140 days after this Court's decision on both pending motions for summary judgment.

13 **IT IS FURTHER ORDERED** that, if no dispositive motions are pending after the
14 dispositive motions deadline has expired, Plaintiff's counsel shall notify the Court that the
15 parties are ready for a Final Pretrial Conference.

16 **IT IS FURTHER ORDERED** that, except with respect to the deadlines set forth
17 therein, all of the provisions in the Court's Rule 16 Scheduling Order (see dkt. 30) remain
18 binding and valid on both parties.

19 DATED this 1st day of March, 2007.

Stephen M. McNamee
United States District Judge

- 2 -