**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Langan, ) | No. CV-06-0044-PHX-SMM |
|                    )   |   |
| Plaintiff, ) | |
|                    )   | **ORDER** |
| v. ) | |
|                    )   |   |
| Town of Cave Creek, ) | |
|                    )   |   |
| Defendant. ) | |
|                    )   |   |

Pending before the Court is the parties' Joint Motion to Continue the Final Pretrial Conference (Doc. 50). In accordance with the Order entered by this Court on March 2, 2007 (Doc. 42), which vacated the deadlines set forth in the Rule 16 Scheduling Order issued on December 22, 2006, the final pretrial conference scheduled for August 9, 2007 was previously vacated. The parties were notified therein that in the event that no dispositive motions are pending subsequent to the expiration of the dispositive motion deadline, Plaintiff's counsel shall notify the Court that the parties are ready for a final pretrial conference.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Continue the Final Pretrial Conference (Doc. 50) is **DENIED as MOOT**.

DATED this 17th day of May, 2007.

Stephen M. McNamee
United States District Judge