**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JIM LANGAN, an individual, d/b/a FULL CIRCLE BED AND BREAKFAST,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF CAVE CREEK, an Arizona municipality,<br><br>    Defendant. | NO. CV 06-0044 PHX SMM<br><br>**ORDER** |

Pursuant to the unopposed motion of Defendant Town of Cave Creek, and good cause appearing,

**IT IS HEREBY ORDERED** extending the disclosure and discovery deadlines in this matter as follows:

1. Disclosure of Plaintiff's expert witnesses to provide evidence pursuant to Rules 701, 702, 703 and 705 of the Federal Rules of Civil Procedure shall be due **Friday**, **July 27, 2007**.

2. Disclosure of Defendant's expert witnesses to provide evidence pursuant to Rules 701, 702, 703 and 705 of the Federal Rules of Civil Procedure shall be due **Friday, August 24, 2007**.

3. Disclosure of any rebuttal expert witnesses or opinions shall be due **Friday, September 21, 2007**.

4. All discovery responses and all discovery shall be completed no later than **Friday, October 19, 2007**.

1      5.    All dispositive motions shall be filed no later than **Friday**, **November 16, 2007**.

**IT IS FURTHER ORDERED** that if no dispositive motions are pending after the dispositive motion deadline has expired, Plaintiff's counsel shall notify the court that the parties are ready for a final pretrial conference.

DATED this 20th day of June, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -