**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Langan,<br><br>  Plaintiff,<br><br>  v.<br><br>Town of Cave Creek,<br><br>  Defendant. | No. CV-06-0044-PHX-SMM<br><br>**ORDER** |

The parties in this matter have requested a second settlement conference before Magistrate Judge Lawrence Anderson. Since the date of the first settlement conference, the parties have conducted additional discovery and believe that a renewal of the settlement conference with Magistrate Judge Anderson would be beneficial to their attempts to resolve the case.

Accordingly,

**IT IS ORDERED** that this case is referred to Magistrate Judge Lawrence Anderson for a second settlement conference.

**IT IS FURTHER ORDERED** that the parties shall file a status report within ten (10) days of participating in the settlement conference.

DATED this 18th day of September, 2007.

Stephen M. McNamee
United States District Judge