**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Langan, an individual, d/b/a Full Circle Bed and Breakfast,<br><br>　　　　Plaintiff<br><br>vs.<br><br>Town of Cave Creek, an Arizona municipality,<br><br>　　　　Defendant. | No. CV-06-0044-PHX-SMM<br><br>**ORDER RESETTING<br>SETTLEMENT CONFERENCE** |

Pursuant to the Court's Text Entry Only Order (docket #76), Plaintiff's counsel's office has contacted the staff of the undersigned to reschedule the second settlement conference in this matter previously scheduled for December 20, 2007 and vacated on the Court's own motion due to the unforeseen unavailability of the undersigned.

**IT IS ORDERED resetting** the Second Settlement Conference in this matter for **Thursday, February 14, 2008 at 1:30 p.m.**

**IT IS FURTHER ORDERED affirming** all orders contained within the undersigned's Settlement Conference Order issued November 8, 2007 (docket #72), **except** for the date and time of said conference.

DATED this 3rd day of January, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge