**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JIM LANGAN, an individual, d/b/a FULL CIRCLE BED AND BREAKFAST,<br><br>      Plaintiff,<br><br>v.<br><br>TOWN OF CAVE CREEK, an Arizona municipality,<br><br>      Defendant. | NO. CV 06-0044 PHX SMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. #84]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. No. #84]. This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 10th day of March, 2008.

_____
Stephen M. McNamee
United States District Judge